## Leeds *against* Dunn.

### Guaranty.

There must be a strict compliance with the terms of a guaranty, or the surety will not be bound.

Where a person engaged to be holden as surety to pay for certain goods to be furnished to the principal debtor, at six months' credit — the goods were furnished, but by

the bills of purchase it appeared that part were purchased at four, and part at six months,— *Held*, that the surety was not liable for any part of the purchase.

(S. C., 10 N. Y. 469.)